**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

IN RE: EDGAR XAVIER BERROCAL ARROYO

Bankruptcy Number: 14-01938-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 03/14/2014

Days From Petition Date: 41

910 Days Before Petition: 09/16/2011

Chapter 13 Plan Date: 04/17/2014 ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: 04/23/2014 at 1:00PM

341 Meeting Date: 04/23/2014 at 1:00PM

Confirmation Hearing Date: 05/23/2014 at 2:30PM

Plan Base: $13,020.00   Plan Docket #9

This is the _____ scheduled meeting.

Total Paid In: $217.00

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined    ☒ Not Examined under Oath              ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☒ Creditor(s) Present        ☐ None

BPPR- Rivera

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: JUAN O CALDERON LITHGOW*

Total Agreed: $3,000.00     Paid Pre-Petition: $0.00    Outstanding (Through the Plan): $3,000.00

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under  ☐ Above Median Income        Liquidation Value: $ TBD

Commitment Period is    ☐ 36 months    ☐ 60 months §1325(b)(1)(B)     Projected Disp. Inc.: $ TBD

The Trustee:   ☐ NOT OBJECTS   ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ Continued HELD FOR ____ DAYS

§341 Meeting Rescheduled for: SINE DIE - since the date we had available debtor has his son graduation

Comments: Debtor submitted tax returns and pay stub yesterday the Trustee was unable to review prior to 341.

**\*OTHER COMMENTS / OBJECTIONS**

Debtor has failed to submit evidence of being current with post-petition DSO payments. Debtor must submit evidence of being current with said obligation (3 accounts) up until the confirmation of the plan.

Also must submit name , address and telephone of recipients.

/s/ Jose R. Carrion, Esq.     Meeting Date: Apr 23, 2014
    **Trustee**

/s/ Juliel Perez, Esq.
    **Presiding Officer**